# Walker et al., Appellants, *v.* Walker.

*Appeals—Rules of Superior Court—Rule 57.*

An appeal, which disregards almost all of the applicable rules of the Superior Court, will be dismissed upon motion of the appellee, pursuant to Rule 57.

Argued March 1, 1926.   Appeal No. 2, February T., 1926, by plaintiffs, from judgment of C. P. Lackawanna County, May T., 1918, No. 180, in the case of George Walker et al. v. Lucy Walker.   Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP, and CUNNINGHAM, JJ.   Appeal quashed.

Action of ejectment.   Before NEWCOMB, J.
Judgment for defendant.   Plaintiff's appeal.

*Error assigned,* among others, was the judgment of the court.

*A. A. Vosburg,* and with him *Wm. B. Landis,* for appellant.

*James E. Watkins,* and with him *Reese H. Harris,* of *Knapp, O'Malley, Hill & Harris,* for appellee.

PER CURIAM, March 12, 1926:
Appellee moved to quash this appeal on the ground

of appellants' disregard of the rules of this court; almost all the important applicable rules have been ignored; the appeal is therefore quashed pursuant to Rule 57.

We may add that we have nevertheless considered what was submitted and find no error.

Appeal quashed.